# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 08-47185-659 |
| ) | |
| VIOLA BRISON ) | Chapter 13 |
| ) | |
| ) | |
| **Debtor** ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

    Comes now John V. Labarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011.  The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

STEFFENS TOWING RECOVERY
1976 WOODS CREEK RD                                                               $1,109.96
ROBERTSVILLE, MO  63072
00007

Dated: September 04, 2012                               /s/ John V. Labarge, Jr., Chapter 13 Trustee
UNCLFUNDS--XC                                                         John V. Labarge, Jr., Chapter 13 Trustee
                                                                              P.O. Box 430908
                                                                              St. Louis, MO  63143
                                                                              (314) 781-8100  Fax: (314) 781-8881
                                                                              trust33@ch13stl.com